IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 24-34499-KHK |
| | ) | |
| H E NETER KUSH BEN ALKEBULAN, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| H E NETER KUSH BEN ALKEBULAN, | ) | |
| | ) | |
| Plaintiff, | ) | Adversary Proceeding No. 25-03005-KHK |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF EDUCATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

DECLARATION OF ROBERT MCINTOSH

I, ROBERT P. MCINTOSH, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am the Assistant United States Attorney assigned to defend the interests of the United States in the above-captioned case.

Robert P. McIntosh (VSB No. 66113)
Assistant United States Attorney
919 East Main Street, Suite 1900
Richmond, Virginia 23219
Telephone: (804) 819-7404
Facsimile: (804) 771-2316
Email: Robert.McIntosh@usdoj.gov
*Counsel for the United States*

2. On July 28, 2025, I conducted the Deposition of the plaintiff, H E NETER KUSH BEN ALKEBULAN. Attached hereto is a true and correct copy of pages 6, 7, 23, 29-30, 33, 35, 59, 60, 61, 64, 65, 66-68, 69-71, 77-79, 81-84, 87-88.

3. Attached hereto as Deposition Exhibit 5 is a copy of the check that the plaintiff received in settlement of his 2018 motor vehicle accident, authenticated at page 61 of the Deposition Transcript.

4. Attached hereto is a summary of plaintiff's income for the years 1997-2002, 2006, and 2010-2024. It is a true and accurate summary of the income information contained on plaintiff's Social Security Earnings Record contained at Dkt 29 at ECF pp. 3-4 and the information contained on plaintiff's Account Transcripts for the years 2015-2024 with the Internal Revenue Service, which were produced by the plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this __1st__ day of October, 2025.

      /s/ Robert P. McIntosh
      Robert P. McIntosh
      Assistant United States Attorney