1  DIRECT EXAMINATION

2  BY MR. MCINTOSH:

3      Q.    Thank you for coming in today, Mr.

4  Alkebulan.  I appreciate it.  Have you had your

5  deposition taken before?

6      A.    No.

7      Q.    As you know, it's under oath.  The

8  Court Reporter will take the record, the

9  testimony today.  The approach is that we use is

10  I ask questions, you give your answer.  I'll try

11  to be careful not to speak when you're speaking.

12  At the same time, if you could wait until I

13  finish a question before you start to answer,

14  that will help make sure that we understand each

15  other and also make sure that the record that we

16  have is accurate and not confusing.  Do you have

17  any questions for me before we start?

18      A.    No.

19      Q.    Tell me a little bit about your

20  educational background?  Starting like freshman

21  in high school going forward?

22      A.    I attended high school at John Marshall

23  High School, graduated in 1998 attended VCU after

24  high school, for a couple summers, and after that

25  I attended Vance Granville Community College for

1  two years, obtained associate's degree.

2      Q.   Can I ask you, where's Granville?

3      A.   That's in Henderson, North Carolina.

4      Q.   John Marshall High School.  Where is

5  that located?

6      A.   That's in Richmond, Virginia.

7      Q.   What degree was your associates in?

8      A.   Business Administration.

9      Q.   Then if you go on after that.

10     A.   The next school I attended was the

11  University of South Alabama and Mobile Alabama.

12  --

13     Q.   Is that like about 2011?

14     A.   That was in 2011, and I was seeking a

15  degree in business administration as well, a

16  bachelor's degree.  Then the next school I

17  attended was Florida Memorial University, and

18  that was -- and that was located in Miami,

19  Florida.  that was in 2014.

20     Q.   Did you have any education after that?

21     A.   I did not.  I was seeking a degree in

22  marketing.

23     Q.   How far did you get at as far as your

24  degree in business administration for a

25  bachelor's degree in Alabama?



Case 25-03005-KHK    Doc 30-2    Filed 10/01/25    Entered 10/01/25 22:26:27    Desc
Exhibit(s) Pages from Deposition of Plaintiff attached to McIntosh Declaration    Page 3 of 27

Deposition of He Neter Alkebulan - July 28, 2025 - VR #0179362                    Page 23

1    A.    Yes.

2    Q.    Can you give me a sense for the rank

3 that you had or your GPA, were you in the top

4 what, 10 percent, 3.9 GPA or how would you

5 describe your success at Florida Memorial?

6    A.    I don't remember.  Without the

7 transcript in front of me, I would be able to

8 better tell you if I had that transcript, but I,

9 I don't remember.

10    Q.    Yes.  Do you have the transcripts?

11    A.    Yes.

12    Q.    When you graduated from high school,

13 what were your academics like?  Had good grades

14 then?

15    A.    Yes.

16    Q.    When you went to University of Alabama?

17    A.    No.

18    Q.    When you went to University of South

19 Alabama, did you get good grades there?

20    A.    Yes.

21    Q.    Were you ever awarded a scholarship?

22    A.    Yes.

23    Q.    Can you tell me the amount of the

24 scholarship that you were awarded?

25    A.    $2,500.



1    Q.   No one else lived there?

2    A.   No.

3    Q.   Did she contribute to financially, to

4  maintaining the apartment?

5    A.   No.

6    Q.   Did she have work?

7    A.   Yes, she worked with me in the

8  business.

9    Q.   Yes.  The business would be the

10 beverages?

11    A.   Beverages.  Yeah.

12    Q.   How long were you living at the

13 military trail address in Deerfield Beach?

14    A.   Don't remember.

15    Q.   But you were there when the accident

16 happened in February of 2018, right?

17    A.   Yes.

18    Q.   Soon after that you moved, is that

19 correct?

20    A.   Yes.

21    Q.   Where did you move to?

22    A.   Moved to Las Vegas, Nevada.

23    Q.   Why did you move from Florida to Las

24 Vegas?

25    A.   For a fresh start.  I was finished with

 1   the beverage business and I moved to Las Vegas

 2   and started doing driving jobs.  So, such as Ride

 3   Share, things like that.

 4        Q.   **Ride Share.**

 5        A.   Yeah.

 6        Q.   **Is that something different than an**

 7   **Uber or Lyft?**

 8        A.   No, this, it's, it's underneath that

 9   Ride share just encompasses Uber, Lyft.

10        Q.   **Okay.**

11        A.   Package delivery, things like that.

12        A.   Yes.

13        Q.   **Do you remember whether it was in the**

14   **spring or summer or fall that you moved to Las**

15   **Vegas?**

16        A.   I, I do not remember.

17        Q.   **How did you move from Florida to Las**

18   **Vegas?**

19        A.   I drove, drove my car.

20        Q.   **Was it a straight drive through, you**

21   **know, nothing to stop except for maybe something**

22   **to eat and rest break and get gas, or did you**

23   **stop and spend the night at motels?**

24        A.   No, just stop and rest.  Break and stay

25   at the truck stop.

1  record.  The time is 12:17.

2  **(OFF THE RECORD) (12:17 p.m.)**

3  **(WHEREUPON, a short break was taken.)**

4  **(ON THE RECORD) (12:40 p.m.)**

5              **COURT REPORTER:**  We're now back on

6  the record.  The time is 12:40 p.m.

7  **CONTINUATION OF DIRECT EXAMINATION**

8  **BY MR. MCINTOSH:**

9      **Q.   We were last talking about your work in**

10 **Las Vegas, and you said when you arrived there**

11 **you worked in Ride Share.  I was just wondering**

12 **how long of a period you did that kind of work**

13 **for?**

14     A.   From 2018 to 2020.  That'd be all of

15 2018, all of 2019.  All of 2020?

16     A.   Yes.

17     **Q.   Did you do any other work in addition**

18 **to driving for Lyft, Uber, whatever is under that**

19 **umbrella of Ride Share?**

20     A.   No.

21     **Q.   After you were working in Rideshare,**

22 **what did you do next, after 2020?**

23     A.   I was unemployed.

24     **Q.   Unemployed starting in January, 2021?**

25     A.   Yes.

1    A.    No income.

2    **Q.    Was there a reason why you were not**

3    **employed during 2021 through 2023?**

4    A.    Yes.

5    **Q.    what was that?**

6    A.    I had to, I traveled to Thailand to

7    take care of a friend who needed who had some

8    health issues, serious health issues.

9    **Q.    You were completely out of the United**

10    **States starting in 2021?**

11    A.    Yes.

12    **Q.    How did you get to Thailand?**

13    A.    Flight

14    **Q.    From Las Vegas?**

15    A.    No flight from Virginia.

16    **Q.    You flew from Virginia like Dulles?**

17    A.    Norfolk.

18    A.    Flew out of Norfolk on your way to

19    Thailand?

20    A.    Yeah.

21    **Q.    Instead of flying from Las Vegas, what**

22    **brought you to Virginia?**

23    A.    To put my belongings in my, in the shed

24    at my mother's house.

25    **Q.    Tell me the story about your friend in**



Deposition of He Neter Alkebulan   July 28, 2025   VR # 01/0346-2                    Page 59

1  happened?  Describe to me what happened after the

2  accident and you were injured.

3       A.   I was hit in the back rear ended pretty

4  hard, and I've been having complications from

5  non-accidents ever since.  As far as lower, lower

6  back, some, some spine or cerebral spine issues.

7  Believe I was diagnosed with spondylitis disc

8  disease is what I had.  I had already had

9  arthritis prior to that 2018, just from the 2006

10 motorcycle acid I, this, that kind of aggravated

11 it.

12      Q.   Yes.

13      A.   That's, that's what was, and then I was

14 able to reach the settlement with the insurance

15 company or the person who, who rear-ended me.

16      Q.   How much were you paid in that?

17      A.   Let's see.  It is just estimate, but I

18 think it was about 25,000.  A little more.

19 Little less.

20      Q.   Was that given to you all in one lump

21 sum?

22      A.   Yes.

23      Q.   What did you do with it?

24      A.   Used it for to maintain my living

25 expenses.



1      Q.    Did it just like going to your bank

2  account?

3      A.    Yes.

4      Q.    Then what did you pay with that amount?

5      A.    Just normal expenses rent food, gas

6  cell phone, internet, just basic living expenses

7  because I did have an apartment then.

8      Q.    When...

9      A.    The few times I did have an apartment.

10      Q.    When you're in an income driven

11  repayment plan, how often did you have to certify

12  your income?

13      A.    I, I don't know.

14      Q.    Was it on an annual basis?

15      A.    Don't remember.

16      Q.    In any event, you didn't use any of the

17  20 plus thousand to pay the student loans, is

18  that correct?

19      A.    I don't remember.

20      Q.    But if your total payments were $70,

21  the maximum amount, if you used any of the 20,000

22  for the student loans, the maximum amount would

23  be limited to $70.  Is that correct?

24      A.    Yes.

25      Q.    When did you receive the 20 plus

 1  thousand dollars?

 2      A.   You know what, let's make this more

 3  easy.  Because I, I, I, I believe I have it.  I

 4  sent that to you.

 5      Q.   Going to hand you Exhibit 5.   Is this

 6  a copy of the check that you received for the

 7  settlement in your 2018 motor vehicle accident?

 8  (WHEREUPON, the Deponent examined the document

 9  previously marked as Exhibit-5.)

10      A.   Yes.

11      Q.   The amount that you received was

12  $22,318 and 62 cents?  Yes.  your testimony

13  earlier was that that amount went into your bank

14  account?

15      A.   Yes.

16      Q.   You used it to pay ordinary expenses?

17      A.   Yes.

18      Q.   Do you recall how much money you made

19  in the Ride Share business?  Well, let's stop for

20  a minute.  The date on this check is January

21  24th, 2019, correct?

22      A.   Yes.

23      Q.   Do you remember how you received that

24  check?

25      A.   I do not.

Case 25-03005-KHK   Doc 30-2   Filed 10/01/25   Entered 10/01/25 22:26:27   Desc
Exhibit(s) Pages from Deposition of Plaintiff attached to McIntosh Declaration   Page 11 of 27

Deposition of He Neter Alkebulan   July 28, 2023   YR# 017946-2                    Page 64

1   January, February, or March when we first heard

2   about COVID-19 being in the United States?  Is

3   that correct?

4        A.   Yes.

5        Q.   I don't remember.  You don't remember?

6        A.   I don't.

7        Q.   For your earnings in 2020, it shows

8   that you made $51,752, correct?

9        A.   Yes.

10        Q.   When did you leave the United States go

11   to Thailand?

12        A.   I, I don't remember the, the exact

13   month or year.

14        Q.   Did you have employment during 2016 or

15   2017?

16        A.   Yes, I was working for myself in the...

17        Q.   The beverage business?

18        A.   Yes, sir.  Yes.

19        Q.   Okay.

20        A.   So yes, I left from 2021 to Thailand.

21        Q.   Do you know the month?

22        A.   I don't remember.  No.

23        Q.   Now, for your federal income tax

24   accounts for 2021, 2022, and 2023, it shows

25   negative income.  Do I understand correctly that

1  you filed tax returns for those three years?

2      A.   Yes.

3      Q.   That was when you were in Thailand,

4  right?

5      A.   I was in Thailand, that was, yes.

6      Q.   Do you know how you got negative

7  amounts?  Were you living off of investments

8  during those three years and had to sell

9  investments at a loss?

10     A.   Yes.  I, I received, I received shares,

11  which I put in my bankruptcy filing.  Yes.  So, I

12  received shares from the business, from the

13  beverage business, and yes.  They were losses,

14  and I had carry over losses as well.

15     Q.   Tell me a little bit more about the

16  beverage business.  I, I'd understood that you

17  went out, out of the beverage business at a

18  certain point.

19     A.   I did.

20     Q.   What year did you go out of the

21  beverage business?

22     A.   2017.

23     Q.   When I say going out of the business, I

24  would intend that to mean that the business

25  closed down, that whatever business name you were

1  operating under, that closed down beverages were

2  no longer sold.  In other words, the business

3  completely ended.  Do I not understand correctly?

4      A.    Yeah.  Yes, I left the business, but

5  the business was being ran by other employees.  I

6  either owner left the business, the business was

7  ran by other employees.

8      Q.    Okay.

9      A.    So, the business was sold and later,

10  and then I received shares for that business.

11  For the business being sold.

12      Q.    You personally sold the business?

13      A.    I did not personally sell the business,

14  no.  The investors who took over the business

15  sold the business.

16      Q.    When you operated the business, did you

17  operated under some kind of corporate name

18  corporation?

19      A.    Yes.

20      Q.    That was Fresh Start Beverage, LLC?

21      A.    Company,

22      Q.    Fresh Start Beverage Company?

23      A.    Yeah.

24      Q.    Was it a corporation, a partnership, a

25  limited liability company?  What was the



1  structure of the business?

2      A.   It was a corporation.

3      Q.   **Was it incorporated in the state of**

4  **Florida?**

5      A.   Yes.

6      Q.   **Were you the 100 percent shareholder?**

7      A.   At this formation, yes.

8      Q.   **You distinguished between at the**

9  **formation and later.  What happened after you**

10 **were the 100 percent shareholder and then at some**

11 **future point, we're no longer the 100 percent**

12 **shareholder?**

13     A.   So, in 2015, investors came in and I

14 was no longer the 100 percent share, shareholder.

15     Q.   **When you say the investors came in.**

16     A.   Yeah.

17     Q.   **Tell me who the investors were and how**

18 **they came in.**

19     A.   There were over 75 investors, so I

20 don't have the particular names of each one.  But

21 they invested in the business and I, I just

22 remained in the business as the product, chief

23 beverage officer, the product maker.  Then they

24 took the business and handled the operations.

25     Q.   **Operations meant sales?**



1    A.   Yes.

2    Q.   **How many locations did they have?  Were**

3    **they sold to beverages?**

4    A.   Headquarters remained in Florida.  But

5    there were two, two warehouses.  One on the west

6    coast, one on the east coast.

7    Q.   **Was this a nationwide business?**

8    A.   It was, it was.

9    Q.   **Did they sell beverages in every major**

10   **city?**

11   A.   Yes.

12   Q.   **How did they sell it?  Through the**

13   **supermarkets or somewhere else?**

14   A.   Through supermarkets, yes.

15   Q.   **Is there a particular product line that**

16   **I would recognize if I went into a supermarket**

17   **and wanted this particular product?**

18   A.   It's no longer being sold after it was

19   purchased, but the product name was banana wave,

20   Banana milk.  So, it was milk made from bananas.

21   Q.   **You had investors?**

22   A.   Yes.

23   Q.   **You yourself were out of operations as**

24   **of 2015?**

25   A.   2017.



1    Q.    2017?

2    A.    Yes.  Going 2017, into 2018.

3    Q.    **Your role after 2017 was just to**

4    **provide the product and they sold it?**

5    A.    After 2017, I had no, no, no

6    association, no dealings with the corporation.

7    Q.    **At 2017.  That was a clean break.**

8    A.    Yes.

9    Q.    **You had nothing to do with it?**

10    A.    Yes.

11    Q.    **But you did retain your shares in the**

12    **company?**

13    A.    Yes.

14    Q.    **Then at some point those shares were**

15    **sold?**

16    A.    Yes.

17    Q.    **Was that in 2021 when the shares were**

18    **first sold?**

19    A.    That, that was in Thailand, yes.

20    Q.    **You were in Thailand.**

21    A.    Yes.

22    Q.    **You had the shares, correct?**

23    A.    Yes.

24    Q.    **You needed to support yourself in**

25    **Thailand?**



County
**COURT REPORTERS**, Inc.
Videography    Litigation Technology™

800.262.8777 TOLL-FREE  •  540.667.0600 LOCAL  •  540.667.6562 FAX  •  CountyCourtReporters.com

1      A.   Yes.

2      Q.   You sold shares in order to support

3  yourself there?

4      A.   Yes.

5      Q.   Was that your sole income while you

6  were in Thailand?

7      A.   Yes.

8      Q.   Was this a publicly traded company?

9      A.   It was purchased by a publicly traded

10 company, yes.

11     Q.   When was that purchase made?

12     A.   Around 2021, 2022.

13     Q.   When a publicly traded company acquired

14 it, then you were issued shares in the publicly

15 traded company?

16     A.   Yes.

17     Q.   Then when you were in Thailand, you

18 show sold a certain number of shares in the

19 publicly traded company to have income?

20     A.   Yes.

21     Q.   You sold it at a loss?

22     A.   Yes.

23     Q.   Which is why in 2021 you showed a

24 negative $2,185?

25     A.   Yes.



1    Q.    Then in 2022, you had to sell more

2    shares?

3    A.    Yes.

4    Q.    You sold those at a loss of $12,456?

5    A.    No.

6    Q.    That that was what the negative income

7    on the IRS records show as a negative 12,000.

8    Explain to me, how they got that number.

9    A.    Those were from carry over, pretty much

10   carry over losses from the Ride Share business.

11   From...

12   Q.    How do you have a negative income if

13   you were a 1099 employee?

14   A.    Because I have more expenses than

15   income, so operated at a net loss.

16   Q.    The 1099 shows all of the revenue that

17   you took in, right?

18   A.    Yes.

19   Q.    But what you're telling me is your

20   gasoline and car maintenance and fuel, well you

21   said gasoline oil, things like that cost more

22   than the revenue that came in?

23   A.    That's correct.

24   Q.    That loss on your ride share business

25   combined with loss on the shares that you sold,



1  **at.**

2       A.   Yeah.  So, these are the dates since

3  I've been back in the States is...

4       **Q.   Okay.**

5       A.   What I applied to.  So, I try to keep a

6  record of what I've been applying to, and I'm

7  still applying.

8       **Q.   Like here you have three entries for...**

9       A.   For different jobs with BJ's, like

10 different positions.  So, I just list them each

11 one just to make sure I try to keep myself on

12 track.

13      **Q.   Yes.**

14      A.   Yeah.

15      **Q.   These dates are like July of last year?**

16      A.   Yes.  So, I was able to obtain

17 employment with Walmart.

18      **Q.   Yes.**

19      A.   And Regal Cinema, and then that was my

20 only jobs.

21      **Q.   How did you end up losing the**

22 **employment with those two?**

23      A.   They would not work with the schedule,

24 my scheduling.  They wouldn't work with the

25 schedule, and they, they did not have any

1  advancement for the position or positions as

2  well.

3      Q.   **What were your scheduling conflicts?**

4      A.   Well, with my, you know, with my

5  condition, my chronic injury, Walmart wanted me

6  to lift, lift a lot of stuff, a lot of stuff over

7  40, 50 pounds.  I told them that I could not do

8  that consistently.  So, they did not want to, you

9  know, move me to another position where that was

10  a, would've been a little bit better for me on,

11  on my back and, you know, to be able to do the

12  job.  So that was the issue.

13      Q.   **What did they have you doing at**

14  **Walmart?  Were you in the warehouse?**

15      A.   I was in the back in the back stocking.

16      Q.   **That wasn't a conflict with the**

17  **schedule, that was a conflict with your ability**

18  **is what you're saying?**

19      A.   Yes, sir.

20      Q.   **Why did you lose the employment with**

21  **Regal?**

22      A.   Regal, the employment was lost because

23  of my background.

24      Q.   **Meaning your criminal conviction?**

25      A.   Yes.  Yeah.  So, they would not promote



1  me for advancement with my criminal conviction.

2      Q.    **Notwithstanding, not getting promoted,**

3  **why you voluntarily left Regal?**

4      A.    Yes.

5      Q.    **That was just a straight resignation?**

6      A.    Yes.

7      Q.    **You didn't get any unemployment for**

8  **that, right?**

9      A.    No.

10      Q.    **Was it a resignation at Walmart also?**

11      A.    Yes.

12      Q.    **That was because you couldn't lift the**

13  **40 or 50 pounds?**

14      A.    Yes.  Consistently.

15      Q.    **But when you first went on the job, you**

16  **were required to lift that much, I mean, you did**

17  **apply for the warehouse, right?**

18      A.    Yes, exactly.  I applied for the

19  stockroom.

20      Q.    **Okay.**

21      A.    So, but it wasn't explicitly as to how

22  much pounds you would have to lift in there for

23  that particular position.

24      Q.    **The list that you had there was July.**

25  **What I saw was July of last year.  What is the**

1  like trucks that you'd be driving?

2      A.    If you could, if you want to go to that

3  level and they would pay for it?  Probably but,

4  but you can do stuff like around the yard, you

5  know, things like that.  You can drive, you know,

6  the, like I was delivering for rashes, so you can

7  like, take a part and drive it, you know, around

8  to the next part, stuff like that.

9      Q.    Okay.

10     A.    But I have not been hired for those.

11     Q.    Do you have a CDL?

12     A.    I do.  Yes.

13     Q.    When did you first have that?

14     A.    I, I just, I just got that in February.

15     Q.    CDL, Commercial Driver's License,

16  right?

17     A.    Yeah.  Yes.

18     Q.    To get a commercial driver's license,

19  do you have to pass a driving test?

20     A.    You do.

21     Q.    Do you have to like, show that you can

22  drive a tractor trailer?

23     A.    You do.  To pass it.

24     Q.    Do you have to have your own tractor

25  trailer to do the test?



1      A.    No, the school provided it.

2      **Q.    Okay.**

3      A.    Yeah, think about it.

4      **Q.    When did you register for this course**

5  **with you say the school?  What school is it?**

6      A.    The school is called CDS, Tractor,

7  Trailer Training.

8      **Q.    Where is it located?**

9      A.    It is near my home, so Chester,

10  Virginia.

11      **Q.    Okay.**

12      A.    Yeah.

13      **Q.    How long was the course?**

14      A.    Probably not very long actually.  160

15  hours.

16      **Q.    I know it's longer than I would've**

17  **expected.**

18      A.    It scared me to death; I'll tell you

19  that.

20      **Q.    You passed a written test?**

21      A.    I did.

22      **Q.    Then you pass a driving test?**

23      A.    Yes.

24      **Q.    Is there any other requirement to get**

25  **your commercial driver's license?**



1    A.    No.

2    Q.    **How much did it cost you to take the**

3    **course?**

4    A.    Being that I was unemployed they, the

5    state actually helped pay for the, the course.

6    Q.    **The Commonwealth of Virginia?**

7    A.    Yes.

8    Q.    **Paid for you to take the course?**

9    A.    Yes.

10    Q.    **They paid for all of it?**

11    A.    Because I could not afford it.  Yeah.

12    They paid for all of it.  It, okay.

13    Q.    **Do you know how much it costs?**

14    A.    It's an estimate, but I believe it was

15    about $6,000.

16    Q.    **When did you pass the course in, get**

17    **your license?**

18    A.    In February.

19    Q.    **You would've applied for with Covenant**

20    **in anticipation of getting your CDL?**

21    A.    Yes.  I would have liked to have been

22    gainfully employed.

23    Q.    **What is the income potential for a**

24    **person driving, for a person driving a tractor**

25    **trailer for a transportation company?**



1    A.    I'm thinking entry level is probably

2  about, probably about 45 to 50,000 entry level.

3  That's before taxes,

4  yeah.

5    **Q.    Have your expenses changed since you**

6  **filled out the attestation form?**

7    A.    No.  I, I try to live as minimally as I

8  can, as possibly can.

9    **Q.    You're still living on the property**

10  **where your mother resides?**

11    A.    Yes.

12    **Q.    But you're not in the house with her,**

13  **right?**

14    A.    No, not in the house with her.

15    **Q.    Do they have like an in-law unit in the**

16  **back or?**

17    A.    No, it's, it is just a shed that, that

18  I turned into, you know, a, a sleeping quarters

19  for me to be out of the weather versus a tent.

20    **Q.    As far as taking a shower, using the**

21  **bathroom, that kind of thing, what do you do?**

22    A.    I bought a, a shower, shower tent, and

23  I just hook up the water and I take a shower in

24  the shower tent.

25    **Q.    You don't use...**

1  the, the back issues just to get clear, to be, to

2  be able to even try to, you know, get hired at

3  one of the places.  But I have not been able to

4  go to the doctor myself for treatment because I

5  have not been able to afford it.  the jobs that I

6  worked at Walmart and Regal, they didn't, they

7  didn't have any, provide any benefits.  So, I

8  actually applied for Medicaid, but that's what's

9  handled that, that's, that's pending that, that

10  was denied.

11     **Q.   Did you have to see any doctor that**

12  **Medicaid required you to see?**

13     A.   I did.  Did not, no.   They did not.

14     **Q.   What kind of medical records did you**

15  **submit when you applied for Medicaid, if any?**

16     A.   Just the same ones that I've, I've

17  given you.  Because I didn't have any.  Then the,

18  the records from Jacks Memorial, I sent you the

19  letter.  They, those, they destroyed them.

20     **Q.   All those dates back to 2006, right?**

21     A.   Yes.  Yes, sir.

22     **Q.   If we look at the 2018 accident and the**

23  **medical claims that were paid in that settlement.**

24     A.   Yes.

25     **Q.   Have you seen any doctors or**



1  chiropractors since you were paid the settlement

2  amount in January of 2019?

3       A.   I, I wouldn't, I wouldn't, I wouldn't

4  call them AM, MD doctors, but I do, I go and see

5  like, holistic doctors, naturopathic doctors for,

6  for like the pain and like therapy, things like

7  that.  Where I could use natural, natural herbs.

8  I can buy from Whole Foods, places like that.

9  That's about it.

10       Q.   Do you have records and documentation

11  of those visits?

12       A.   No, because it's not, they're not,

13  they're not a, yeah, I wouldn't say that they

14  have, they're a formal establishment, you know,

15  type of places.  So, no.

16       Q.   I don't have any more questions.  Well

17  just hold on a minute.

18       A.   Yeah.

19            MR. MCINTOSH:  Don't have any more

20  questions.

21            COURT REPORTER:  No questions.

22  All right.  Mr. Alkebulan, you have the right to

23  review the deposition transcript for its

24  accuracy, or you may waive that right?  This is

25  looking for spellings, things like that.