Summary of Plaintiff's Income
Attached to Declaration of Robert McIntosh

| YEAR | AGI | TI | TOTAL WAGES |
|------|-----|----|-----|
| 1997 | $6,307.00 | | $6,307.00 |
| 1998 | $2,719.00 | | $2,719.00 |
| 1999 | $2,902.00 | | $2,902.00 |
| 2000 | $1,989.00 | | $1,989.00 |
| 2001 | $8,524.00 | | $8,524.00 |
| 2002 | $4,399.00 | | $4,399.00 |
| 2006 | $1,384.00 | | $1,384.00 |
| 2010 | $661.00 | | $661.00 |
| 2011 | $3,959.00 | | $3,959.00 |
| 2012 | $3,531.00 | | $3,531.00 |
| 2013 | $7,516.00 | | $7,516.00 |
| 2014 | $1,868.00 | | $1,868.00 |
| **2015** | **$20,364.00** | **$10,064.00** | $371.00 |
| **2016** | **$29,988.00** | **$19,638.00** | $0.00 |
| **2017** | **$17,493.00** | **$7,093.00** | $0.00 |
| **2018** | **$40,554.00** | **$22,843.00** | $40,298.00 |
| **2019** | **$59,471.00** | **$37,817.00** | $59,096.00 |
| **2020** | **$56,259.00** | **$35,087.00** | $51,752.00 |
| **2021** | **-$2,185.00** | | |
| **2022** | **-$12,456.00** | | |
| **2023** | **-$3,000.00** | | |
| **2024** | **$10,196.00** | | **$13,196.00** |

|  |
| --- |
| SSA |
| SSA |
| SSA |
| SSA |
| SSA |
| SSA |
| SSA |
| SSA |
| SSA |
| SSA |
| SSA |
| SSA |
| SSA |
| SSA |
| SSA |
| SSA |
| SSA |
| SSA |
| IRS |
| IRS |
| IRS |
| IRS |